UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:18-cr-6
                                                HON. PAUL L. MALONEY
SAMUEL JOSE RAMIREZ-RAMIREZ,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 26, 2018, for an initial appearance on an indictment charging defendant with Reentry of Deported Alien. The Court was advised by pretrial services that there is a detainer lodged for this defendant making him ineligible for release on bond; the government agreed. Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2018